```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

UNITED STATES

VS.                          CRIMINAL ACTION NO. 4:05CR15TSL-JCS
                             CIVIL ACTION NO. 4:07CV68TSL-JCS

MARTAZE HAMMOND

## JUDGMENT

Pursuant to the order entered on April 14, 2008, it is hereby ORDERED AND ADJUDGED that Hammond's motion to vacate under § 2255 is dismissed with prejudice.

SO ORDERED this the 14th day of April, 2008.


                        _s/ Tom S. Lee_____
                        UNITED STATES DISTRICT JUDGE